**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice**

Civil Action No. 10-cv-00033-MSK-GJR

CINDY ENOS-MARTINEZ,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF MESA,

    Defendant.

## ORDER OF RECUSAL

This matter was reassigned to and referred to the undersigned U.S. Magistrate Judge Gudrun J. Rice on July 02, 2010.

The undersigned, having previously had an attorney/client relationship with the plaintiff hereby disqualifies herself from proceeding in this matter, pursuant to the provision of 28 U.S.C. § 455(a) which states that a "magistrate judge shall disqualify (her)self in any proceeding in which (her) impartiality might reasonably be questioned."

The undersigned hereby recuses herself from proceeding in this matter.

DATED at Grand Junction, Colorado, this 7th day of July, 2010.

                                          BY THE COURT:

                                          s/Gudrun J. Rice
                                          _____
                                          Gudrun J. Rice
                                          United States Magistrate Judge