**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

_____

**CIVIL COURTROOM MINUTES**
_____

**Civil Action No.: 10-CV-00033-MSK-DLW**          **Date: January 31, 2011**
**Secretarial Assistant: Shirley W. Dills**              **Tape No.: FTR**

_____

**CINDY ENOS-MARTINEZ,**

                                        **Attorney: Nicholas W. Mayle**

**Plaintiff**

v.

**BOARD OF COUNTY COMMISSIONERS
OF MESA COUNTY,**

                                        **Attorney: Allan N. Hassler**

**Defendant(s)**
_____

**HEARING: Defendant's Motion for Forthwith Order Staying Order Extending Discovery Cutoff to January 31, 2011 [Doc. #33] Pending Resolution of Objections to Magistrate Judge Order [Doc. #35]**

**Court in Session: 3:01 p.m.**

This hearing was held telephonically with counsel for the Plaintiff Nicholas W. Mayle and counsel for the Defendant Allan N. Hassler and Michael Santo.

Court heard arguments of counsel for the Defendant and the Plaintiff.

Court went over the background of the case to this point. The Court finds that good cause has not been shown to issue a stay in this matter and it is;

**ORDERED:**
- That the extension of time does not constitute serious or irreversible injury to either party and Defendant's Motion is **DENIED** for the reasons set forth on the record.

**Court in Recess: 3:43 p.m.**
**Hearing Concluded**
**Total Time: 42 Minutes**