**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

Civil Action No. 10-CV-00033-WJM-DLW

CINDY ENOS-MARTINEZ,

Plaintiff,

vs.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MESA,

Defendant.

---

**ORDER RE: MOTION FOR FORTHWITH ORDER [DOC. #71] STAYING ORDER
COMPELLING DISCOVERY OF NON-EMPLOYEE FILES [DOC. #68] PENDING
DETERMINATION OF OBJECTION TO MAGISTRATE JUDGE ORDER [DOC. #70]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

    The Defendant's Motion to Stay [Doc. #71] was referred to the Magistrate Judge by Judge
William J. Martinez on March 22, 2011.

    The Magistrate Judge has reviewed the Motion to Stay [Doc. #71] and;

    **IT IS HEREBY ORDERED** that the Plaintiff shall have until March 28, 2011 to respond
to the Defendant's Motion to Stay [Doc. #71].

**DATED: March 22, 2011.**

                                        **BY THE COURT:**

                                        **s/David L. West_____**
                                        **United States Magistrate Judge**